IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ALLEN NICHOLSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 2:10-cv-00725 |
| | : | |
| v. | : | |
| | : | Chief Judge Lancaster |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | **Electronic Filing** |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this 18th day of Nov, 2011, it is hereby ORDERED that Plaintiff's counsel is awarded attorney fees in the above captioned case in the amount of $4,346.88.

BY THE COURT:

_____ J.
Gary L. Lancaster
Chief United States District Judge