IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ALLEN NICHOLSON, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:10-cv-00725 |
| v. | : | Chief Judge Lancaster |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | : | **Electronic Filing** |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this 18th day of _____, 2011, it is hereby ORDERED that Plaintiff's counsel is awarded attorney fees in the above captioned case in the amount of $4,346.88.

BY THE COURT:

_____ J.
Gary L. Lancaster
Chief United States District Judge